## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-40735-MXM7 |
| | § | |
| HIDALGO INDUSTRIAL SERVICES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Areya Holder Aurzada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $159,995.17 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $347,213.56 | | |

3)      Total gross receipts of $507,208.73  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $507,208.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,403.54 | $9,470,918.34 | $5,491,310.71 | $159,995.17 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $347,213.56 | $347,213.56 | $347,213.56 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $35,028.28 | $35,028.28 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $37.03 | $1,027,324.80 | $1,027,324.80 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $3,386,547.58 | $4,044,794.28 | $4,044,794.28 | $0.00 |
| **Total Disbursements** | $3,391,988.15 | $14,925,279.26 | $10,945,671.63 | $507,208.73 |

4). This case was originally filed under chapter 11 on 02/26/2017. The case was converted to one under Chapter 7 on 05/05/2017. The case was pending for 46 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2021                    By:    /s/ Areya Holder Aurzada

                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $135,066.04 |
| 1986 GMC General Tandem Dump Truck | 1129-000 | $3,650.00 |
| 1998 Ford E350 | 1129-000 | $1,363.00 |
| 2001 Dodge Ram 3500 | 1129-000 | $1,800.00 |
| 2006 Chevrolet Pickup Truck | 1129-000 | $1,403.33 |
| 2007 Ford F550 | 1129-000 | $4,100.00 |
| 2008 Ford  F450 | 1129-000 | $8,200.00 |
| 2014 Big Tex Gooseneck Flat Trailer | 1129-000 | $9,300.00 |
| Frost Bank Account funds from Debtor | 1129-000 | $95,682.64 |
| Gooseneck Trailer | 1129-000 | $3,000.00 |
| Machinery, Equipment and tools etc. | 1129-000 | $81,122.78 |
| Office Furniture, Office Fixtures and Office Equipment | 1129-000 | $14,019.89 |
| Rents per lease agreement with Unified Construction | 1129-000 | $2,250.00 |
| Stock Dividend from SemGroup | 1223-000 | $24.62 |
| Ally | 1229-000 | $0.04 |
| IOLTA Funds held by Forshey & Prostok, LLP - IOLTA Acct | 1229-000 | $34,431.39 |
| Settlement with Leroy Hidalgo regarding preference payments | 1241-000 | $60,000.00 |
| Settlement with Moses, Palmer & Howell, LLP regarding preference payments | 1241-000 | $5,800.00 |
| Settlement with Thayer Vinton and Facility Response Group, Inc. regarding 27 trucks, vans, and trailers | 1249-000 | $45,995.00 |
| **TOTAL GROSS RECEIPTS** | | $507,208.73 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dallas County | 4700-000 | $0.00 | $3,382.08 | $3,382.08 | $114.61 |
| 2 | Tarrant County | 4700-000 | $0.00 | $31,305.40 | $31,305.40 | $1,060.83 |
| 3 | TEXAS WORKFORCE COMMISSION | 4110-000 | $0.00 | $112,157.17 | $112,157.17 | $3,267.82 |
| 4 | IRS | 4110-000 | $0.00 | $5,198,802.11 | $5,198,802.11 | $151,472.62 |
| 6 | Arlington ISD | 4110-000 | $0.00 | $5,655.66 | $5,655.66 | $0.00 |

| 31 | Ally Financial | 4110-000 | $0.00 | $803.43 | $0.00 | $0.00 |
| 32 | Ally Bank | 4110-000 | $0.00 | $4,195.98 | $0.00 | $0.00 |
| 33 | Ally Bank | 4110-000 | $0.00 | $3,872.34 | $0.00 | $0.00 |
| 35 | Ally Financial | 4110-000 | $0.00 | $3,542.50 | $0.00 | $0.00 |
| 36 | Ally Financial | 4110-000 | $0.00 | $3,428.32 | $0.00 | $0.00 |
| 37 | Ally Financial | 4110-000 | $0.00 | $1,697.11 | $0.00 | $0.00 |
| 52 | BOKF, NA d/b/a Bank of Texas | 4110-000 | $0.00 | $1,289,298.46 | $0.00 | $0.00 |
| 64 | Frost Bank | 4110-000 | $0.00 | $2,807,835.53 | $135,066.04 | $3,935.29 |
| 88 | Ready Cable, Inc. | 4110-000 | $5,403.54 | $4,942.25 | $4,942.25 | $144.00 |
| **TOTAL SECURED CLAIMS** | | | $5,403.54 | $9,470,918.34 | $5,491,310.71 | $159,995.17 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Areya Holder Aurzada, Trustee | 2100-000 | NA | $28,610.44 | $28,610.44 | $28,610.44 |
| Areya Holder Aurzada, Trustee | 2200-000 | NA | $2,554.49 | $2,554.49 | $2,554.49 |
| George Adams and Company Ins. Agy. LLC | 2300-000 | NA | $675.00 | $675.00 | $675.00 |
| George Adams and Company Ins. Agy., LLC | 2300-000 | NA | $1,335.00 | $1,335.00 | $1,335.00 |
| RELIANT | 2420-000 | NA | $91.76 | $91.76 | $91.76 |
| Trustee Insurance Agency | 2420-000 | NA | $2,058.00 | $2,058.00 | $2,058.00 |
| TXU Energy | 2420-000 | NA | $200.00 | $200.00 | $200.00 |
| Independent Bank | 2600-000 | NA | $624.27 | $624.27 | $624.27 |
| Integrity Bank | 2600-000 | NA | $7,515.53 | $7,515.53 | $7,515.53 |
| US Trustee | 2950-000 | NA | $8,125.00 | $8,125.00 | $8,125.00 |
| Bryan Cave, LLP, Attorney for Trustee | 3210-000 | NA | $234,138.50 | $234,138.50 | $234,138.50 |
| Bryan Cave, LLP, Attorney for Trustee | 3220-000 | NA | $5,334.78 | $5,334.78 | $5,334.78 |
| LITZLER SEGNEW SHAW & MCKENNEY, Accountant for Trustee | 3410-000 | NA | $45,569.00 | $45,569.00 | $45,569.00 |
| LITZLER SEGNEW SHAW & MCKENNEY, Accountant for | 3420-000 | NA | $128.54 | $128.54 | $128.54 |

| Trustee | | | | | |
|---|---|---|---|---|---|
| Rosen Systems, Inc., Auctioneer for Trustee | 3620-000 | NA | $10,253.25 | $10,253.25 | $10,253.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $347,213.56 | $347,213.56 | $347,213.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TEXAS WORKFORCE COMMISSION | 6990-000 | NA | $35,028.28 | $35,028.28 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $35,028.28 | $35,028.28 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | IRS | 5800-000 | $0.00 | $769,677.36 | $769,677.36 | $0.00 |
| 68 | Donald W. Johnson | 5800-000 | $0.00 | $12,850.00 | $12,850.00 | $0.00 |
| 72 | Comptroller of Public Accounts | 5800-000 | $0.00 | $6,584.60 | $6,584.60 | $0.00 |
| 93 | Cynthia Chandler | 5800-000 | $0.00 | $6,915.58 | $6,915.58 | $0.00 |
| 94 | Debi Tucker | 5800-000 | $0.00 | $12,825.64 | $12,825.64 | $0.00 |
| 95 | Elizabeth A. Brown | 5800-000 | $0.00 | $3,195.84 | $3,195.84 | $0.00 |
| 96 | Christina Tucker | 5800-000 | $0.00 | $400.27 | $400.27 | $0.00 |
| 98 | Francisco Orta | 5800-000 | $0.00 | $38,975.42 | $38,975.42 | $0.00 |
| 99 | James Schneider | 5800-000 | $0.00 | $116,670.12 | $116,670.12 | $0.00 |
| 102 | Rosemount Inc. | 5800-000 | $0.00 | $1,955.68 | $1,955.68 | $0.00 |
| 103 | Delta Industrial Supply Company Inc. | 5800-000 | $37.03 | $269.76 | $269.76 | $0.00 |
| 112 | Sec Labor, DOL for Hidalgo Ind. Serv. Health Plan | 5800-000 | $0.00 | $5,577.73 | $5,577.73 | $0.00 |
| 116 | Comptroller of Public Accounts | 5800-000 | $0.00 | $43,000.00 | $43,000.00 | $0.00 |
| 117 | Comptroller of Public Accounts | 5800-000 | $0.00 | $8,426.80 | $8,426.80 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $37.03 | $1,027,324.80 | $1,027,324.80 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4b | IRS | 7100-000 | $0.00 | $24,501.70 | $24,501.70 | $0.00 |
| 5 | Davis Electric Co. | 7100-000 | $24,456.00 | $24,456.00 | $24,456.00 | $0.00 |
| 7 | Dayton Superior Corporation | 7100-000 | $0.00 | $9,277.43 | $9,277.43 | $0.00 |
| 8 | Daikin Applied | 7100-000 | $39,831.62 | $53,034.88 | $53,034.88 | $0.00 |
| 9 | Professional Engineer Balance Lab LLC | 7100-000 | $18,000.00 | $33,185.37 | $33,185.37 | $0.00 |
| 10 | Future Electric | 7100-000 | $521.01 | $784.54 | $784.54 | $0.00 |
| 11 | Rental One/R1 Supply | 7100-000 | $11,142.70 | $8,120.44 | $8,120.44 | $0.00 |
| 12 | Corsicana Welding Supply | 7100-000 | $6,979.70 | $7,189.10 | $7,189.10 | $0.00 |
| 13 | Fort Worth Bolt &#038; Tool Co. | 7100-000 | $178.02 | $2,241.05 | $2,241.05 | $0.00 |
| 14 | UnitedHealthcare | 7100-000 | $104,650.33 | $88,564.64 | $88,564.64 | $0.00 |
| 15 | MORRISON SUPPLY COMPANY LLC | 7100-000 | $0.00 | $11,209.49 | $11,209.49 | $0.00 |
| 16 | W W Grainger | 7100-000 | $0.00 | $2,084.61 | $2,084.61 | $0.00 |
| 17 | Ideal Fire & Security | 7100-000 | $1,326.06 | $1,326.06 | $1,326.06 | $0.00 |
| 18 | Lone Star Overnight | 7100-000 | $24.58 | $73.74 | $73.74 | $0.00 |
| 19 | Guardian Industrial Supply LLC | 7100-000 | $987.44 | $987.44 | $987.44 | $0.00 |
| 20 | Stuart Hose & Pipe Co. | 7100-000 | $7,934.73 | $10,037.03 | $10,037.03 | $0.00 |
| 21 | Carrier Corporation | 7100-000 | $37,949.00 | $73,229.35 | $73,229.35 | $0.00 |
| 22 | Delta-T Ltd. | 7100-000 | $0.00 | $3,800.00 | $3,800.00 | $0.00 |
| 23 | FPS Fire Sprinkler | 7100-000 | $7,770.00 | $7,770.00 | $7,770.00 | $0.00 |
| 24 | CEI Roofing Texas, LLC | 7100-000 | $2,664.00 | $2,883.78 | $2,883.78 | $0.00 |
| 25 | Brace Integrated Services, Inc. | 7100-000 | $10,770.00 | $12,833.80 | $12,833.80 | $0.00 |
| 26 | Batten Drilling, Inc. | 7100-000 | $7,630.00 | $7,630.00 | $7,630.00 | $0.00 |
| 27 | Sharp Insulation Company LLC | 7100-000 | $17,804.20 | $18,169.40 | $18,169.40 | $0.00 |
| 28 | Raba Kistner, Inc. | 7100-000 | $645.00 | $407.00 | $407.00 | $0.00 |
| 29 | American Express Bank, FSB | 7100-000 | $51,915.44 | $51,915.44 | $51,915.44 | $0.00 |
| 30 | David W. | 7100-000 | $1,450.00 | $1,775.00 | $1,775.00 | $0.00 |

| | Ralston, P.C. | | | | | |
|---|---|---|---|---|---|---|
| 34 | Penhall Company | 7100-000 | $1,937.50 | $7,813.75 | $7,813.75 | $0.00 |
| 38 | American Express Bank, FSB | 7100-000 | $6,602.26 | $7,048.89 | $7,048.89 | $0.00 |
| 39 | Freese and Nichols, Inc. | 7100-000 | $1,480.15 | $900.00 | $900.00 | $0.00 |
| 40 | Airgas USA, LLC | 7100-000 | $0.00 | $75.95 | $75.95 | $0.00 |
| 41 | Key Bellevilles, Inc. | 7100-000 | $18,263.67 | $18,263.67 | $18,263.67 | $0.00 |
| 42 | Quality Assurance Management | 7100-000 | $16,015.00 | $16,015.00 | $16,015.00 | $0.00 |
| 43 | FBM SPI | 7100-000 | $0.00 | $4,135.62 | $4,135.62 | $0.00 |
| 44 | Dupuy Oxygen | 7100-000 | $844.41 | $1,236.54 | $1,236.54 | $0.00 |
| 45 | Prism Electric, Inc. | 7100-000 | $24,389.38 | $26,591.96 | $26,591.96 | $0.00 |
| 46 | American Express Travel Related Services Company, | 7100-000 | $1,354.16 | $438.30 | $438.30 | $0.00 |
| 47 | PCI - Performance Contracting | 7100-000 | $69,033.80 | $19,098.00 | $19,098.00 | $0.00 |
| 48 | Capital One Bank (USA), N.A. | 7100-000 | $44,140.36 | $48,285.55 | $48,285.55 | $0.00 |
| 49 | Puffer Sweiven LP | 7100-000 | $6,420.54 | $19,656.07 | $19,656.07 | $0.00 |
| 50 | Intsel Steel Distributors | 7100-000 | $167.88 | $219.98 | $219.98 | $0.00 |
| 51 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $3,098.09 | $3,098.09 | $0.00 |
| 53 | AccuTex Electric LLC | 7100-000 | $0.00 | $11,999.39 | $11,999.39 | $0.00 |
| 54 | RPM Electrical Services Co. | 7100-000 | $31,078.62 | $40,276.57 | $40,276.57 | $0.00 |
| 55 | Critical Systems Inc | 7100-000 | $9,444.13 | $9,444.13 | $9,444.13 | $0.00 |
| 56 | Scales Concrete Construction | 7100-000 | $1,970.00 | $1,970.00 | $1,970.00 | $0.00 |
| 57 | United Rentals (North America), Inc. | 7100-000 | $159,592.26 | $191,234.19 | $191,234.19 | $0.00 |
| 58 | Elliott Electric Supply, Inc. | 7100-000 | $300.00 | $13,940.51 | $13,940.51 | $0.00 |
| 59 | Ferguson Enterprises, Inc. | 7100-000 | $166,976.87 | $130,626.00 | $130,626.00 | $0.00 |
| 60 | AC Supply Company | 7100-000 | $6,085.29 | $10,779.93 | $10,779.93 | $0.00 |
| 61 | McRay Crane & | 7100-000 | $7,405.00 | $7,405.00 | $7,405.00 | $0.00 |

| | Rigging, Inc. | | | | | |
|---|---|---|---|---|---|---|
| 62 | Pike Electric, LLC | 7100-000 | $0.00 | $36,472.19 | $36,472.19 | $0.00 |
| 63 | MacArthur Gauge | 7100-000 | $121.95 | $4,573.05 | $4,573.05 | $0.00 |
| 64a | Frost Bank | 7100-000 | $0.00 | $221,610.50 | $221,610.50 | $0.00 |
| 65 | TXU Energy Retail Company LLC | 7100-000 | $0.00 | $1,198.49 | $1,198.49 | $0.00 |
| 66 | Centimark Corporation | 7100-000 | $12,232.00 | $13,241.14 | $13,241.14 | $0.00 |
| 67 | Gilsulate International, Inc. | 7100-000 | $36,608.40 | $5,687.41 | $5,687.41 | $0.00 |
| 68a | Donald W. Johnson | 7100-000 | $0.00 | $982.31 | $982.31 | $0.00 |
| 69 | John R. Neal & Associates, Inc. | 7100-000 | $10,538.84 | $10,132.22 | $10,132.22 | $0.00 |
| 70 | H&E Equipment Services LLC | 7100-000 | $117,090.39 | $97,074.91 | $97,074.91 | $0.00 |
| 71 | National Construction Rentals | 7100-000 | $61.05 | $1,322.08 | $1,322.08 | $0.00 |
| 73 | Schindler Elevator Corporation | 7100-000 | $0.00 | $1,144.50 | $1,144.50 | $0.00 |
| 74 | Fastenal Company | 7100-000 | $20,535.38 | $14,985.81 | $14,985.81 | $0.00 |
| 76 | TXU Energy Retail Company LLC | 7100-000 | $0.00 | $1,597.65 | $1,597.65 | $0.00 |
| 78 | City of Fort Worth | 7100-000 | $0.00 | $346.93 | $346.93 | $0.00 |
| 79 | Quality Assurance Management, Inc. | 7100-000 | $0.00 | $16,015.00 | $16,015.00 | $0.00 |
| 80 | INGRAM CONCRETE | 7100-000 | $28,123.25 | $25,723.25 | $25,723.25 | $0.00 |
| 81 | Rental One/R1 Supply | 7100-000 | $0.00 | $4,375.28 | $4,375.28 | $0.00 |
| 82 | Sherwin Williams | 7100-000 | $1,418.24 | $1,532.64 | $1,532.64 | $0.00 |
| 83 | Logical Solutions, Inc. | 7100-000 | $38,903.00 | $39,763.60 | $39,763.60 | $0.00 |
| 84 | Guardian Industrial Supply LLC | 7100-000 | $0.00 | $987.44 | $987.44 | $0.00 |
| 85 | Denali Construction Services d/b/a Thermal Dynamix | 7100-000 | $0.00 | $45,540.00 | $45,540.00 | $0.00 |
| 86 | Batten Drilling, Inc. | 7100-000 | $0.00 | $7,630.00 | $7,630.00 | $0.00 |

| 87 | Pfaudler Inc./Glasteel Parts and Services | 7100-000 | $0.00 | $3,299.00 | $3,299.00 | $0.00 |
| 88a | Ready Cable, Inc. | 7100-000 | $0.00 | $1,217.57 | $1,217.57 | $0.00 |
| 89 | Imagenet Office Systems - DFW | 7100-000 | $2,873.80 | $9,621.16 | $9,621.16 | $0.00 |
| 90 | Texas Airsystems, LLC | 7100-000 | $16,430.94 | $4,294.72 | $4,294.72 | $0.00 |
| 91 | Austin Sales Inc | 7100-000 | $0.00 | $3,256.16 | $3,256.16 | $0.00 |
| 92 | Metropolitan Life Insurance Company | 7100-000 | $0.00 | $12,528.01 | $12,528.01 | $0.00 |
| 97 | Paramount Services, Inc. | 7100-000 | $450.32 | $1,199.04 | $1,199.04 | $0.00 |
| 100 | Texas Mutual Insurance Company | 7100-000 | $0.00 | $9,427.00 | $9,427.00 | $0.00 |
| 101 | Southern Gas & Supply | 7100-000 | $602.81 | $568.69 | $568.69 | $0.00 |
| 104 | HD Supply construction Supply LTD | 7100-000 | $33,435.65 | $23,456.73 | $23,456.73 | $0.00 |
| 105 | Sunbelt Rentals, Inc. | 7100-000 | $507,463.13 | $665,711.57 | $665,711.57 | $0.00 |
| 106 | 3-D CAD, LLC | 7100-000 | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 |
| 107 | Johnson Controls, Inc. | 7100-000 | $77,711.80 | $52,843.00 | $52,843.00 | $0.00 |
| 108 | All-Tex Pipe &#038; Supply, Inc. | 7100-000 | $392,773.37 | $385,290.71 | $385,290.71 | $0.00 |
| 109 | Lott Brothers Construction Company, Ltd. | 7100-000 | $0.00 | $167,764.30 | $167,764.30 | $0.00 |
| 110 | Barsco | 7100-000 | $3,344.13 | $3,344.13 | $3,344.13 | $0.00 |
| 111 | G&I VII Pecan, L.P. | 7100-000 | $0.00 | $341,463.65 | $341,463.65 | $0.00 |
| 112a | Sec Labor, DOL for Hidalgo Ind. Serv. Health Plan | 7100-000 | $0.00 | $97,642.69 | $97,642.69 | $0.00 |
| 113 | Cowboys Stadium, L.P. | 7100-000 | $0.00 | $210,000.00 | $210,000.00 | $0.00 |
| 114 | 12270 43rd St. NE | 7100-000 | $0.00 | $2,135.42 | $2,135.42 | $0.00 |
| 115 | Allied World National Assurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 117a | Comptroller of Public Accounts | 7200-000 | $0.00 | $305.49 | $305.49 | $0.00 |
| 118 | DPR | 7100-000 | $0.00 | $445,914.22 | $445,914.22 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Construction, Inc. | | | | | |
| 119 | William R Jones | 7200-000 | $0.00 | $965.52 | $965.52 | $0.00 |
| 120 | Pitney Bowes Global Financial Services LLC | 7200-000 | $424.34 | $1,068.72 | $1,068.72 | $0.00 |
| | A & B Supply Company | 7100-000 | $124.79 | $0.00 | $0.00 | $0.00 |
| | AAFAME | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | Acme Utility Inspection Services | 7100-000 | $2,677.50 | $0.00 | $0.00 | $0.00 |
| | Acton Mobile Industries | 7100-000 | $1,745.12 | $0.00 | $0.00 | $0.00 |
| | Advance Petroleum | 7100-000 | $66.22 | $0.00 | $0.00 | $0.00 |
| | ADW Corporation | 7100-000 | $15,715.00 | $0.00 | $0.00 | $0.00 |
| | Aflac Coporate Headquarters | 7100-000 | $2,986.56 | $0.00 | $0.00 | $0.00 |
| | Alliance Trucking, LP | 7100-000 | $845.00 | $0.00 | $0.00 | $0.00 |
| | Alpha and Omega Pest Control | 7100-000 | $92.01 | $0.00 | $0.00 | $0.00 |
| | American Automatic Sprinkler | 7100-000 | $3,510.00 | $0.00 | $0.00 | $0.00 |
| | American Fire Protection Group | 7100-000 | $9,792.24 | $0.00 | $0.00 | $0.00 |
| | Andon Specialities, Inc. | 7100-000 | $4,192.34 | $0.00 | $0.00 | $0.00 |
| | AT&T - Land Lines | 7100-000 | $1,643.06 | $0.00 | $0.00 | $0.00 |
| | AT&T - POTS Lines | 7100-000 | $55.00 | $0.00 | $0.00 | $0.00 |
| | Atmos Energy | 7100-000 | $358.52 | $0.00 | $0.00 | $0.00 |
| | Austin Electric | 7100-000 | $2,908.00 | $0.00 | $0.00 | $0.00 |
| | Austin Tool, Inc | 7100-000 | $328.54 | $0.00 | $0.00 | $0.00 |
| | Austin Underground, Inc | 7100-000 | $38,646.05 | $0.00 | $0.00 | $0.00 |
| | AXA-Equitable | 7100-000 | $5,750.00 | $0.00 | $0.00 | $0.00 |
| | Baldwin-Cox Agency, LLC | 7100-000 | $8,231.13 | $0.00 | $0.00 | $0.00 |
| | Barnsco, Inc | 7100-000 | $42,492.95 | $0.00 | $0.00 | $0.00 |
| | Bartos | 7100-000 | $16,809.99 | $0.00 | $0.00 | $0.00 |
| | Blaylock Gasket & Packaging | 7100-000 | $56.95 | $0.00 | $0.00 | $0.00 |
| | Blue Cross Blue Shield of Texas | 7100-000 | $50,542.58 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Boggs Electric Co., Inc. | 7100-000 | $646.00 | $0.00 | $0.00 | $0.00 |
| C. Joseph Industries LLC | 7100-000 | $8,100.00 | $0.00 | $0.00 | $0.00 |
| Carrier South Central | 7100-000 | $992.65 | $0.00 | $0.00 | $0.00 |
| CCP Concrete Pumping, LP | 7100-000 | $696.00 | $0.00 | $0.00 | $0.00 |
| CMJ Engineering, Inc | 7100-000 | $3,535.63 | $0.00 | $0.00 | $0.00 |
| Commerical Tool & Fastener | 7100-000 | $180.04 | $0.00 | $0.00 | $0.00 |
| Concentra Health Centers of Southwest PA | 7100-000 | $1,402.00 | $0.00 | $0.00 | $0.00 |
| Controls Southeast, Inc. | 7100-000 | $36.50 | $0.00 | $0.00 | $0.00 |
| Corporate Data Systems | 7100-000 | $119.61 | $0.00 | $0.00 | $0.00 |
| Cowtown Redi Mix Concrete | 7100-000 | $1,810.16 | $0.00 | $0.00 | $0.00 |
| Dearborn National Life Insurance Co. | 7100-000 | $12,829.10 | $0.00 | $0.00 | $0.00 |
| Delta-T Ltd. | 7100-000 | $3,610.00 | $0.00 | $0.00 | $0.00 |
| Digitek Solutions, LLC | 7100-000 | $349.64 | $0.00 | $0.00 | $0.00 |
| E-MC Electrical Services | 7100-000 | $106,729.69 | $0.00 | $0.00 | $0.00 |
| Edlon Inc. | 7100-000 | $3,299.00 | $0.00 | $0.00 | $0.00 |
| Empire Scaffold | 7100-000 | $3,950.00 | $0.00 | $0.00 | $0.00 |
| ESL Enterprises | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| F.B. McIntire Equipment Co. | 7100-000 | $9,761.00 | $0.00 | $0.00 | $0.00 |
| Facility Response Group | 7100-000 | $99,656.65 | $0.00 | $0.00 | $0.00 |
| Facility Solutions Group | 7100-000 | $1,528.57 | $0.00 | $0.00 | $0.00 |
| FedEx | 7100-000 | $263.69 | $0.00 | $0.00 | $0.00 |
| Fidelity Sec Life/ Eyemed | 7100-000 | $5,526.96 | $0.00 | $0.00 | $0.00 |
| Fleetscreen, Ltd. | 7100-000 | $2,345.00 | $0.00 | $0.00 | $0.00 |
| Fort Worth Water Dept. | 7100-000 | $221.47 | $0.00 | $0.00 | $0.00 |
| Frank W. Neal | 7100-000 | $10,110.00 | $0.00 | $0.00 | $0.00 |
| Garratt-Callahan Company | 7100-000 | $1,220.00 | $0.00 | $0.00 | $0.00 |
| General insulation | 7100-000 | $331.65 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Co., Inc. | | | | | |
| Geoshack | 7100-000 | $92.01 | $0.00 | $0.00 | $0.00 |
| GL2M Engineering, LLC | 7100-000 | $10,436.00 | $0.00 | $0.00 | $0.00 |
| GPRS, Inc. | 7100-000 | $950.00 | $0.00 | $0.00 | $0.00 |
| Gregory E. Lively, CPA, MA | 7100-000 | $1,485.00 | $0.00 | $0.00 | $0.00 |
| Heat Transfer Solutions, Inc. | 7100-000 | $5,626.17 | $0.00 | $0.00 | $0.00 |
| HERC Rentals Inc. | 7100-000 | $18,650.71 | $0.00 | $0.00 | $0.00 |
| Higginbotham & Associates, Inc. | 7100-000 | $82.50 | $0.00 | $0.00 | $0.00 |
| Hilti, Inc. | 7100-000 | $3,206.96 | $0.00 | $0.00 | $0.00 |
| John Hancock Company | 7100-000 | $6,449.89 | $0.00 | $0.00 | $0.00 |
| Jose Rosario Contreras | 7100-000 | $480.00 | $0.00 | $0.00 | $0.00 |
| Kolbi Pipe Marker Co. | 7100-000 | $1,760.07 | $0.00 | $0.00 | $0.00 |
| L&L Fabrication LLC | 7100-000 | $419.00 | $0.00 | $0.00 | $0.00 |
| Lanny Mooney | 7100-000 | $770.63 | $0.00 | $0.00 | $0.00 |
| Laramie Crane, LLC | 7100-000 | $4,940.00 | $0.00 | $0.00 | $0.00 |
| Lewis & Lambert LLC | 7100-000 | $16,827.42 | $0.00 | $0.00 | $0.00 |
| Lo-Rich Trucking | 7100-000 | $675.00 | $0.00 | $0.00 | $0.00 |
| Lowe's | 7100-000 | $7,835.47 | $0.00 | $0.00 | $0.00 |
| Magnum Technical Services Inc. | 7100-000 | $20,687.83 | $0.00 | $0.00 | $0.00 |
| Maintain Systems | 7100-000 | $102.94 | $0.00 | $0.00 | $0.00 |
| Matheson Tri-Gas | 7100-000 | $4,832.08 | $0.00 | $0.00 | $0.00 |
| Maxim Crane Works | 7100-000 | $79.61 | $0.00 | $0.00 | $0.00 |
| McMaster-Carr | 7100-000 | $76.04 | $0.00 | $0.00 | $0.00 |
| Mechanical Reps Inc. | 7100-000 | $149.65 | $0.00 | $0.00 | $0.00 |
| Metlife SBC | 7100-000 | $12,798.65 | $0.00 | $0.00 | $0.00 |
| Metro Golf Cars | 7100-000 | $1,023.00 | $0.00 | $0.00 | $0.00 |
| MICA Crane Service | 7100-000 | $588.00 | $0.00 | $0.00 | $0.00 |
| Micro Motion Inc. | 7100-000 | $7,081.43 | $0.00 | $0.00 | $0.00 |
| Moore Supply Co. | 7100-000 | $644.24 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Motion Industries, Inc. | 7100-000 | $3,084.76 | $0.00 | $0.00 | $0.00 |
| Mutual Sprinklers | 7100-000 | $5,062.98 | $0.00 | $0.00 | $0.00 |
| Navarro Emergency Physicians | 7100-000 | $132.99 | $0.00 | $0.00 | $0.00 |
| Oslin Nation Co. | 7100-000 | $8.05 | $0.00 | $0.00 | $0.00 |
| Paisano Redi-Mix, Inc | 7100-000 | $13,962.93 | $0.00 | $0.00 | $0.00 |
| Park USA | 7100-000 | $13,679.43 | $0.00 | $0.00 | $0.00 |
| Parkland Health & Hospital Systems | 7100-000 | $6,648.02 | $0.00 | $0.00 | $0.00 |
| Paul's Mobile Tire Service | 7100-000 | $1,650.47 | $0.00 | $0.00 | $0.00 |
| PPH Engineering LLC | 7100-000 | $5,650.00 | $0.00 | $0.00 | $0.00 |
| Precision Air Products, Inc. | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Progessive Waste Solutions | 7100-000 | $706.61 | $0.00 | $0.00 | $0.00 |
| Project Compliance, LLC | 7100-000 | $795.00 | $0.00 | $0.00 | $0.00 |
| Prostar Services, Inc. | 7100-000 | $489.48 | $0.00 | $0.00 | $0.00 |
| Purchase Power | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Quest Sheet Metal, Inc. | 7100-000 | $223,868.78 | $0.00 | $0.00 | $0.00 |
| Ram Tool & Supply | 7100-000 | $6,687.15 | $0.00 | $0.00 | $0.00 |
| RKFN Inc. | 7100-000 | $1,749.16 | $0.00 | $0.00 | $0.00 |
| Romar Supply | 7100-000 | $4,701.57 | $0.00 | $0.00 | $0.00 |
| Ryan Herco Flow Solutions | 7100-000 | $8,466.44 | $0.00 | $0.00 | $0.00 |
| Schneider Electric | 7100-000 | $858.96 | $0.00 | $0.00 | $0.00 |
| Service Direct Group, LLC | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Shannon Gracey Ratliff & Miller | 7100-000 | $49,963.01 | $0.00 | $0.00 | $0.00 |
| Shark Speciality Tools | 7100-000 | $927.24 | $0.00 | $0.00 | $0.00 |
| Silver Creek Materials, Inc. | 7100-000 | $190.00 | $0.00 | $0.00 | $0.00 |
| Slements Industry, Inc. | 7100-000 | $22,124.32 | $0.00 | $0.00 | $0.00 |
| Steel Inspectors of Texas, Inc. | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| Stephen Gist MD | 7100-000 | $870.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Stewart Engineering Supply | 7100-000 | $382.45 | $0.00 | $0.00 | $0.00 |
| Suburban Sheet Metal | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| Sunbelt Power Controls, Inc. | 7100-000 | $110.96 | $0.00 | $0.00 | $0.00 |
| Superior Plus Construction | 7100-000 | $4,135.62 | $0.00 | $0.00 | $0.00 |
| TDW Services, Inc. | 7100-000 | $2,480.00 | $0.00 | $0.00 | $0.00 |
| Techsouth Inc. | 7100-000 | $3,265.00 | $0.00 | $0.00 | $0.00 |
| Tex-Air Filters | 7100-000 | $656.66 | $0.00 | $0.00 | $0.00 |
| Texas Cutting & Coring | 7100-000 | $810.00 | $0.00 | $0.00 | $0.00 |
| Texas Gas Service | 7100-000 | $2,875.61 | $0.00 | $0.00 | $0.00 |
| Texas Health | 7100-000 | $11,422.00 | $0.00 | $0.00 | $0.00 |
| Texas State Board of Plumbing Examiners | 7100-000 | $420.00 | $0.00 | $0.00 | $0.00 |
| The Brandt Companies, LLC | 7100-000 | $12,471.50 | $0.00 | $0.00 | $0.00 |
| The Cincinnati Insurance Co. | 7100-000 | $86.00 | $0.00 | $0.00 | $0.00 |
| The Dennis Group LLC | 7100-000 | $5,500.00 | $0.00 | $0.00 | $0.00 |
| The New York Blower Company | 7100-000 | $4,363.00 | $0.00 | $0.00 | $0.00 |
| The Plate Guy | 7100-000 | $218.67 | $0.00 | $0.00 | $0.00 |
| Thermal Dynamix Insulation | 7100-000 | $45,540.00 | $0.00 | $0.00 | $0.00 |
| Troy Vines, Inc. | 7100-000 | $21,486.28 | $0.00 | $0.00 | $0.00 |
| U.S. Shoring & Equipment Co. | 7100-000 | $631.28 | $0.00 | $0.00 | $0.00 |
| US Water Services Inc. | 7100-000 | $6,938.00 | $0.00 | $0.00 | $0.00 |
| Uvalde Concrete LLC | 7100-000 | $6,565.13 | $0.00 | $0.00 | $0.00 |
| VC Technologies LLC | 7100-000 | $1,925.00 | $0.00 | $0.00 | $0.00 |
| Viron International Corp. | 7100-000 | $11,492.87 | $0.00 | $0.00 | $0.00 |
| White Cap Construction Supply | 7100-000 | $16,536.37 | $0.00 | $0.00 | $0.00 |
| Wilson Company | 7100-000 | $505.54 | $0.00 | $0.00 | $0.00 |
| Winston Water | 7100-000 | $2,352.53 | $0.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Cooler, Ltd. | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $3,386,547.58 | $4,044,794.28 | $4,044,794.28 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 17-40735-MXM | Trustee Name: | Areya Holder Aurzada |
| Case Name: | HIDALGO INDUSTRIAL SERVICES, INC. | Date Filed (f) or Converted (c): | 05/05/2017 (c) |
| For the Period Ending: | 4/7/2021 | §341(a) Meeting Date: | 06/06/2017 |
| | | Claims Bar Date: | 09/06/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Accounts Receivable | $0.00 | $119,428.24 | | $135,066.04 | FA |
| 2 | Office Furniture, Office Fixtures and Office Equipment | $0.00 | $14,019.89 | | $14,019.89 | FA |
| 3 | Machinery, Equipment and tools etc. | $0.00 | $81,122.78 | | $81,122.78 | FA |
| 4 | 2535 Brennan Ave., Fort Worth, TX Office Building | $0.00 | $0.00 | OA | $0.00 | FA |
| 5 | Frost Bank Account funds from Debtor | $0.00 | $95,682.64 | | $95,682.64 | FA |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Duplicate of Asset #5 | | | | | | |
| 7 | Rents per lease agreement with Unified Construction | $0.00 | $2,250.00 | | $2,250.00 | FA |
| 8 | 2001 Dodge Ram 3500 | $0.00 | $1,800.00 | | $1,800.00 | FA |
| 9 | Gooseneck Trailer | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 10 | 2008 Ford  F450 | $0.00 | $8,200.00 | | $8,200.00 | FA |
| 11 | 1986 GMC General Tandem Dump Truck | $0.00 | $3,650.00 | | $3,650.00 | FA |
| 12 | 2014 Big Tex Gooseneck Flat Trailer | $0.00 | $9,300.00 | | $9,300.00 | FA |
| 13 | 2007 Ford F550 | $0.00 | $4,100.00 | | $4,100.00 | FA |
| 14 | 2006 Chevrolet Pickup Truck | $0.00 | $1,401.33 | | $1,403.33 | FA |
| 15 | 1998 Ford E350 | $0.00 | $1,363.00 | | $1,363.00 | FA |
| 16 | Settlement with Thayer Vinton and Facility Response Group, Inc. regarding 27 trucks, vans, and trailers (u) | $0.00 | $45,995.00 | | $45,995.00 | FA |
| 17 | IOLTA Funds held by Forshey & Prostok, LLP - IOLTA Acct (u) | $0.00 | $34,431.39 | | $34,431.39 | FA |
| 18 | Stock Dividend from SemGroup (u) | $0.00 | $24.62 | | $24.62 | FA |
| 19 | Settlement with Leroy Hidalgo regarding preference payments (u) | $0.00 | $60,000.00 | | $60,000.00 | FA |
| 20 | Settlement with Moses, Palmer & Howell, LLP regarding preference payments (u) | $0.00 | $5,800.00 | | $5,800.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2      Exhibit 8

| Case No.: | 17-40735-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | HIDALGO INDUSTRIAL SERVICES, INC. | Date Filed (f) or Converted (c): | 05/05/2017 (c) |
| For the Period Ending: | 4/7/2021 | §341(a) Meeting Date: | 06/06/2017 |
| | | Claims Bar Date: | 09/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| | $0.00 | $491,568.89 | | $507,208.69 | $0.00 |

**Major Activities affecting case closing:**

| 07/31/2019 | The Trustee's counsel  and special will soon begin preparing their Fee Applications, and the account is in the process of preparing the estate tax return. |
|---|---|
| 02/19/2019 | The Trustee has reached settlements in various adversaries, and is in the process of collecting the settlement payments. |
| 07/31/2018 | The Trustee's counsel recently reached a settlement regarding preference payments with Mr. Hidalgo, and the Trustee will soon be collecting those payments pursuant to that settlement. |
| 02/12/2018 | Trustee is in the process of evaluating avoidance actions and recently entered into a settlement agreement resolving the estates interest in vehicles. |
| 07/28/2017 | Trustee is in the process of marketing the real property for sale and an auction for the business personal property has been set for August 8, 2017. |

| Initial Projected Date Of Final Report (TFR): | 07/31/2018 | Current Projected Date Of Final Report (TFR): | 12/30/2019 | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-40735-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | HIDALGO INDUSTRIAL SERVICES, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5795 | Checking Acct #: | ******0735 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/26/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/7/2021 | Separate bond (if applicable): | $450,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/19/2017 | (5) | Hidalgo Industrial Services | Bank Funds from Debtor | 1129-000 | $95,682.64 | | $95,682.64 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.85 | $95,636.79 |
| 06/08/2017 | (1) | N.A.E. ENTERPRISE, INC | Accounts Receivable | 1121-000 | $1,517.10 | | $97,153.89 |
| 06/08/2017 | (18) | SemGroup | Stock Dividend | 1223-000 | $24.62 | | $97,178.51 |
| 06/09/2017 | (1) | Hensel Phelps Construction Co. | Accounts Receivable | 1121-000 | $46,278.00 | | $143,456.51 |
| 06/09/2017 | (1) | Hensel Phelps Construction Co. | Accounts Receivable | 1121-000 | $58,235.00 | | $201,691.51 |
| 06/09/2017 | (1) | Hidalgo Industiral | Accounts Receivable | 1121-000 | $15,637.80 | | $217,329.31 |
| 06/12/2017 | (7) | Unified Construction Solutions | Rent | 1129-000 | $2,250.00 | | $219,579.31 |
| 06/16/2017 | 101 | TXU Energy | Electricity Payment - Acct. No. 900009777788 | 2420-000 | | $200.00 | $219,379.31 |
| 06/28/2017 | (1) | The Boeing Campany | Accounts Receivable | 1121-000 | $5,775.00 | | $225,154.31 |
| 06/28/2017 | (1) | Sem Group Litgation Trust | Accounts Receivable | 1121-000 | $118.14 | | $225,272.45 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $244.82 | $225,027.63 |
| 07/10/2017 | (1) | The Whiting-Turner Contracting Company | Accounts Receivable | 1121-000 | $7,505.00 | | $232,532.63 |
| 07/19/2017 | 102 | Trustee Insurance Agency | Insurance Payment for Policy #RMP470059 | 2420-000 | | $1,029.00 | $231,503.63 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $341.28 | $231,162.35 |
| 08/07/2017 | (17) | Forshey & Prostok, LLP - IOLTA Acct | IOLTA Funds | 1229-000 | $34,431.39 | | $265,593.74 |
| 08/24/2017 | | ROSEN SYSTEMS, INC | Auction Proceeds | * | $127,959.00 | | $393,552.74 |
| | {2} | | $14,019.89 | 1129-000 | | | $393,552.74 |
| | {9} | | $3,000.00 | 1129-000 | | | $393,552.74 |
| | {10} | | $8,200.00 | 1129-000 | | | $393,552.74 |
| | {11} | | $3,650.00 | 1129-000 | | | $393,552.74 |
| | {12} | | $9,300.00 | 1129-000 | | | $393,552.74 |
| | {8} | | $1,800.00 | 1129-000 | | | $393,552.74 |
| | {13} | | $4,100.00 | 1129-000 | | | $393,552.74 |
| | {14} | | $1,403.33 | 1129-000 | | | $393,552.74 |
| | {15} | | $1,363.00 | 1129-000 | | | $393,552.74 |
| | {3} | | $81,122.78 | 1129-000 | | | $393,552.74 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $424.27 | $393,128.47 |

|  |  | **SUBTOTALS** | | | $395,413.69 | $2,285.22 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-40735-MXM | Trustee Name: | Areya Holder Aurzada |
| Case Name: | HIDALGO INDUSTRIAL SERVICES, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5795 | Checking Acct #: | ******0735 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/26/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/7/2021 | Separate bond (if applicable): | $450,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/05/2017 | 103 | Trustee Insurance Agency | Insurance Payment for Policy RMP4700059 | 2420-000 | | $1,029.00 | $392,099.47 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $564.37 | $391,535.10 |
| 10/10/2017 | 104 | George Adams and Company Ins. Agy., LLC | Bond Payment - Policy #SNN4002262 | 2300-000 | | $600.00 | $390,935.10 |
| 10/12/2017 | 105 | RELIANT | Acct. No. 73 008 514-9 | 2420-000 | | $91.76 | $390,843.34 |
| 10/27/2017 | 106 | Rosen Systems, Inc. | Auctioneer Expense | 3620-000 | | $10,253.25 | $380,590.09 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $581.12 | $380,008.97 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $546.30 | $379,462.67 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $563.70 | $378,898.97 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $562.87 | $378,336.10 |
| 02/14/2018 | (16) | Thayer Vinton | Payment per settlement agreement | 1249-000 | $45,995.00 | | $424,331.10 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $542.91 | $423,788.19 |
| 03/13/2018 | | Ally | Overage Refund | 1229-000 | $0.04 | | $423,788.23 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $629.55 | $423,158.68 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $608.34 | $422,550.34 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $627.71 | $421,922.63 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $606.56 | $421,316.07 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $625.88 | $420,690.19 |
| 08/02/2018 | 107 | George Adams and Company Ins. Agy. LLC | Bond Payment | 2300-000 | | $675.00 | $420,015.19 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $100.80 | $419,914.39 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($100.80) | $420,015.19 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $7,350.26 | $412,664.93 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($7,350.26) | $420,015.19 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $624.27 | $419,390.92 |
| 09/10/2018 | (20) | Moses, Palmer & Howell LLP | Payment per settlement | 1241-000 | $5,800.00 | | $425,190.92 |
| 09/20/2018 | (19) | Leroy P Hidalgo | Payment per settlement | 1241-000 | $20,000.00 | | $445,190.92 |
| 10/16/2018 | (19) | Leroy Hidalgo | Payment per settlement agreement | 1241-000 | $20,000.00 | | $465,190.92 |
| 11/14/2018 | (19) | Leroy Hidalgo | Payment per settlement | 1241-000 | $20,000.00 | | $485,190.92 |
| | | | **SUBTOTALS** | | $111,795.04 | $19,732.59 | |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-40735-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | HIDALGO INDUSTRIAL SERVICES, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5795 | Checking Acct #: | ******0735 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/26/2017 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/7/2021 | Separate bond (if applicable): | $450,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2019 | 108 | George Adams and Company Ins. Agy., LLC | Bond Renewal Payment | 2300-000 | | $735.00 | $484,455.92 |
| 12/19/2019 | 109 | Bryan Cave, LLP | Attorney Fees | 3210-000 | | $234,138.50 | $250,317.42 |
| 12/19/2019 | 110 | Bryan Cave, LLP | Attorney Expenses | 3220-000 | | $5,334.78 | $244,982.64 |
| 12/19/2019 | 111 | LITZLER SEGNEW SHAW & MCKENNEY | Accountant Fees | 3410-000 | | $45,569.00 | $199,413.64 |
| 12/19/2019 | 112 | LITZLER SEGNEW SHAW & MCKENNEY | Accountant Expenses | 3420-000 | | $128.54 | $199,285.10 |
| 05/27/2020 | 113 | Areya Holder Aurzada | Trustee Compensation | 2100-000 | | $28,610.44 | $170,674.66 |
| 05/27/2020 | 114 | Areya Holder Aurzada | Trustee Expenses | 2200-000 | | $2,554.49 | $168,120.17 |
| 05/27/2020 | 115 | Dallas County | Claim #: 1;  Amount Allowed: 3,382.08;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $98.54 | $168,021.63 |
| 05/27/2020 | 116 | Tarrant County | Claim #: 2;  Amount Allowed: 31,305.40;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $912.12 | $167,109.51 |
| 05/27/2020 | 117 | TEXAS WORKFORCE COMMISSION | Claim #: 3;  Amount Allowed: 112,157.17;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $3,267.82 | $163,841.69 |
| 05/27/2020 | 118 | IRS | Claim #: 4;  Amount Allowed: 5,198,802.11;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $151,472.62 | $12,369.07 |
| 05/27/2020 | 119 | Arlington ISD | Claim #: 6;  Amount Allowed: 5,655.66;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $164.78 | $12,204.29 |
| 05/27/2020 | 120 | Frost Bank | Claim #: 64;  Amount Allowed: 135,066.04;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $3,935.29 | $8,269.00 |
| 05/27/2020 | 121 | US Trustee | Claim #: 77;  Amount Allowed: 8,125.00;  Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $8,125.00 | $144.00 |
| 05/27/2020 | 122 | Ready Cable, Inc. | Claim #: 88;  Amount Allowed: 4,942.25;  Distribution Dividend: 2.91; Account Number: ; | 4110-000 | | $144.00 | $0.00 |
| 08/13/2020 | 119 | VOID: Arlington ISD | Distribution check returned - claim paid if full prior to distribution | 4110-003 | | ($164.78) | $164.78 |
| 11/10/2020 | 123 | Dallas County | Claim #: 1;  Amount Allowed: 3,382.08;  Distribution Dividend: 3.39; Account Number: ; | 4700-000 | | $16.07 | $148.71 |

| | | | | **SUBTOTALS** | $0.00 | $485,042.21 | |

Page No.: 4     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 17-40735-MXM | | | **Trustee Name:** | Areya Holder Aurzada | |
| **Case Name:** | HIDALGO INDUSTRIAL SERVICES, INC. | | | **Bank Name:** | Independent Bank | |
| **Primary Taxpayer ID #:** | **-***5795 | | | **Checking Acct #:** | ******0735 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 2/26/2017 | | | **Blanket bond (per case limit):** | $1,000,000.00 | |
| **For Period Ending:** | 4/7/2021 | | | **Separate bond (if applicable):** | $450,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2020 | 124 | Tarrant County | Claim #: 2;  Amount Allowed: 31,305.40;  Distribution Dividend: 3.39; Account Number: ; | 4700-000 | | $148.71 | $0.00 |
| | | | **TOTALS:** | | $507,208.73 | $507,208.73 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $507,208.73 | $507,208.73 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $507,208.73 | $507,208.73 | |

| For the period of 2/26/2017 to 4/7/2021 | | For the entire history of the account between 05/19/2017 to 4/7/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $507,208.73 | Total Compensable Receipts: | $507,208.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $507,208.73 | Total Comp/Non Comp Receipts: | $507,208.73 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $507,208.73 | Total Compensable Disbursements: | $507,208.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $507,208.73 | Total Comp/Non Comp  Disbursements: | $507,208.73 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-40735-MXM | |
| Case Name: | HIDALGO INDUSTRIAL SERVICES, INC. | |
| Primary Taxpayer ID #: | **-***5795 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/26/2017 | |
| For Period Ending: | 4/7/2021 | |

| | |
|---|---|
| Trustee Name: | Areya Holder Aurzada |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0735 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | $450,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $507,208.73 | $507,208.73 | $0.00 |

**For the period of 2/26/2017 to 4/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $507,208.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $507,208.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $507,208.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $507,208.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/05/2017 to 4/7/2021**

| | |
|---|---|
| Total Compensable Receipts: | $507,208.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $507,208.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $507,208.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $507,208.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA